UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KARL DAHLSTROM, II,

        Plaintiff,

v.

S. BUTLER et al.,

        Defendants.

Case No. 2:18-cv-101

Honorable Paul L. Maloney

_____/

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Defendants State of Michigan, the Michigan Department of Licensing and Regulatory Affairs (LARA), the Michigan State Board of Ethics, and the Michigan Department of Corrections are **DISMISSED WITHOUT PREJUDICE** because they are immune from suit. 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Defendants Maclean, MacLaren, Mastaw, Horton, Krause, Corrigan, Bigger, Mortensen, Laponza, Ball, Russell, Finco, Peller, Zimmer, Mansfield, Manard, and Anderson are **DISMISSED**. Plaintiff's federal claims against them are dismissed with prejudice for failure to state a claim. 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c). Plaintiff's claims against them arising under state law are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's claims under 42 U.S.C. §§ 1985 and 1986 against Defendant Butler are **DISMISSED WITH PREJUDICE** for failure to state a claim. 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointment of counsel (ECF No. 3) is **DENIED**.

Dated: January 3, 2019 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge